02D09-2201-CT-000042

USDC IN/ND case 1:22-cv-00059-HAB-SLC   document 4   filed 01/26/22   page 1 of 4

Filed: 1/26/2022 3:22 PM
Clerk
Allen County, Indiana
SW

Allen Superior Court 9

| STATE OF INDIANA | ) | IN THE ALLEN COUNTY SUPERIOR COURT |
| --- | --- | --- |
|  | ) SS: |  |
| COUNTY OF ALLEN | ) | CAUSE NO: |

ZAIQARIA WALKER, AS THE
PERSONAL REPRESENTATIVE
OF THE ESTATE OF DEMARCUS
WALKER SR, DECEASED,

        Plaintiff

    vs.

WAL-MART STORES EAST, LP,

        Defendant.

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, Zaiqaria Walker, as the Personal Representative of the Estate of Demarcus Walker, Sr., deceased ("Plaintiff"), by counsel, and for her Complaint for Damages against the Defendant, Wal-Mart Stores East, LP, alleges and asserts that:

1. At all times mentioned herein, the Plaintiff, Zaiqaria Walker, was and is a resident of the City of Fort Wayne, County of Allen, State of Indiana.

2. At the time of his death, the Plaintiff, Demarcus Walker, Sr., was a resident of the City of Fort Wayne, County of Allen, State of Indiana.

3. At all times mentioned herein, the Defendant, Wal-Mart Stores East, LP, ("Defendant") was doing business in the State of Indiana and was maintaining a premises located at 1710 Apple Glen Blvd., City of Fort Wayne, County of Allen, State of Indiana.

EXHIBIT A

4. Zaiqaria Walker is the appointed Personal Representative of the Estate of Demarcus Walker, Sr., pending in Allen County Probate Court under cause number 02D02-2112-EU-000715.

5. All of the acts and/or omissions of the Defendant, Wal-Mart Stores East, LP, herein alleged, were performed and/or omitted by and through the agents, servants, and/or employees of the Defendant while they were acting within the scope and course of their employment.

6. On or about March 7, 2020, the Demarcus Walker, Sr., was a guest and invitee of the Defendant at the above-referenced premises, when he was attacked and assaulted by another individual in the Defendant's parking lot. The Decedent was severely injured in this attack and, ultimately, died as a result of those injuries.

7. The Defendant was required to exercise reasonable and ordinary care under all circumstances and operation of its premises, including the above-referenced premises at which the Plaintiff was injured.

8. The above-mentioned incident was directly and proximately caused by the carelessness and negligence of the Defendant, including, but not limited to, one or more of the following acts and/or omissions:

    a. The Defendant carelessly and negligently failed secure or supervise the parking lot on Defendant's property;

    b. The Defendant carelessly and negligently failed to provide any security for a known dangerous situation;

    c. The Defendant carelessly and negligently failed to provide premises reasonably safe under the existing conditions; and

    d. The Defendant carelessly and negligently failed to correct the dangerous condition at said location when the Defendant knew or should have known of the existence of the same.

EXHIBIT A

9. As a direct and proximate result of the Defendant's carelessness and negligence, the decedent, Demarcus Walker, Sr., died from his injuries on April 11, 2020.

10. Prior to his death, the decedent, Demarcus Walker, Sr., incurred reasonable medical expenses for medical care and treatment.

WHEREFORE, the Plaintiff, Zaiqaria Walker, as the Personal Representative of the Estate of Demarcus Walker, Sr., deceased, prays for judgment against the Defendant, Wal-mart Stores East, LP, in an amount commensurate with her injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully Submitted,

_____
Kellie C. Clark, #30999-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
kclark@hensleylegal.com

EXHIBIT A

## REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, Demarcus Walker, Sr. by counsel, and file herein her Request for Trial by Jury for the above-action.

Respectfully submitted,

*Kellie C. Clark*
Kellie C. Clark, #30999-29
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
kclark@hensleylegal.com

EXHIBIT A